In the Matter of BRONX COMMITTEE FOR TOXIC FREE SCHOOLS et al., Respondents, v NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY et al., Appellants.

Submitted September 12, 2011; decided November 21, 2011

Motion by the Real Estate Board of New York, Inc. for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed, and for leave to file a brief amicus curiae on the appeal herein granted, three copies of the brief to be served and an original and 19 copies filed within 30 days.